[No. 46443-8-II.   Division Two.   March 29, 2016.]

DEBBIE D. DANLEY, *Appellant*, v. CLINTON ROY CALDWELL, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 13-2-00348-4, Erik S. Rohrer, J., entered June 3, 2014. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Bjorgen, A.C.J., and Maxa, J.

[No. 46832-8-II.   Division Two.   March 29, 2016.]

THE STATE OF WASHINGTON, *Appellant*, v. SEAN MICHAEL TAUL, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-01278-1, Gregory M. Gonzales, J., entered September 30, 2014. *Reversed* and *remanded* by unpublished opinion per Sutton, J., concurred in by Maxa and Melnick, JJ.

[No. 46914-6-II.   Division Two.   March 29, 2016.]

NEW VISION PROGRAMS INC., *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-2-01012-4, Christine Schaller, J., entered October 31, 2014. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Lee, J.

[No. 46968-5-II.   Division Two.   March 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DAKOTA LAZIER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 14-1-00522-3, Nelson E. Hunt, J., entered November 14, 2014. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Bjorgen, A.C.J., and Melnick, J.